UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH BLAKE,

    Petitioner,

Case No. 1:14-CV-1072

v.

HON. GORDON J. QUIST

SHERRY BURT,

    Respondent.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

On February 8, 2017, Magistrate Judge Carmody issued a Report and Recommendation (R & R) recommending that the Court deny Petitioner's petition for writ of habeas corpus. On February 9, 2017, Magistrate Judge Carmody issued an amended R & R. The Court has reviewed the amended R & R recommending that the petition be denied. The amended R & R was duly served on Petitioner on February 9, 2017. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the amended R & R.

**THEREFORE, IT IS HEREBY ORDERED** that the February 9, 2017 Amended Report and Recommendation (ECF No. 10) is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DENIED** for the reasons set forth in the Amended Report and Recommendation.

This case is **concluded**.

A separate judgment will enter.

Dated: March 7, 2017                                                   /s/ Gordon J. Quist
                                                                               GORDON J. QUIST
                                                         UNITED STATES DISTRICT JUDGE